**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JADA DAVIS-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:23-cv-00507-HEA |
| | ) | |
| COLE BREWER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

<u>**OPINION, MEMORANDUM AND ORDER**</u>

This matter is before the Court upon review of self-represented plaintiff Jada Davis-Bey's letter to the Court dated April 3, 2023, which the Court construes as a new civil complaint. Although the letter references plaintiff's prior case, *Davis-Bey v. Bellefontaine Neighbors Police Dept., et al.*, 4:20-cv-00213-JAR, this prior case was dismissed on October 21, 2020 for failure to state a claim upon which relief may be granted. *Id.* at ECF No 17. The letter cannot be construed as part of this prior closed case.

In her letter to the Court, plaintiff states she has established her own "Moorish Nalionat Court" and that she needs to draft her own court orders to send to the Social Security Office. She alleges that she is being unlawfully detained at the St. Louis City Justice Center. She also makes several allegations against the St. Louis Metropolitan Police Department. Because of the nature of the allegations, and because her former case is closed, the Court construes the letter as a new civil rights complaint.

The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be

filed on Court-provided forms"). Additionally, plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 24th day of April, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE